UNITED STATES of America, Plaintiff–Appellee,

v.

Derrick Damon RAINWATER, Defendant–Appellant.

No. 04–10181

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 23, 2004.

Derrick Damon Rainwater, El Reno, OK, pro se.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Derrick Damon Rainwater, federal prisoner # 25805–077, appeals the denial of his motion to dismiss the indictment, construed as a 28 U.S.C. § 2241 petition. Rainwater, however, has failed to brief the district court's determination that his failure to show the 28 U.S.C. § 2255 remedy inadequate or ineffective precluded him from proceeding pursuant to § 2241; therefore, he has waived review of that issue and has not shown an entitlement to relief. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.